Invoices for Diesel Fuel sold & delivered by Three L, Inc. to Contractor Technology, Ltd.
Post Chapter 11 sales & deliveries

| Date | Invoice No. | Amount | |
|------|-------------|--------|---|
| 5/13/2005 | 139741 | $1,665.02 | |
| 5/13/2005 | 140039 | $635.36 | |
| 5/13/2005 | 140064 | $1,675.20 | |
| 5/13/2005 | 140066 | $1,047.00 | |
| 5/16/2005 | 139746 | $924.48 | |
| 5/16/2005 | 139759 | $1,380.40 | |
| 5/17/2005 | 139771 | $1,190.00 | |
| 5/17/2005 | 139775 | $277.96 | |
| 5/17/2005 | 140132 | $666.40 | |
| 5/17/2005 | 140169 | $8,296.00 | |
| 5/18/2005 | 139787 | $1,136.97 | |
| 5/18/2005 | 139790 | $1,208.71 | |
| 5/18/2005 | 139794 | $1,475.60 | |
| 5/18/2005 | 140267 | $4,000.00 | |
| 5/18/2005 | 140268 | $4,000.00 | |
| 5/18/2005 | 139987 | ($4,000.00) | Credit 140268 |
| 5/19/2005 | 140171 | $1,711.90 | |
| 5/19/2005 | 139804 | $46.82 | |
| 5/19/2005 | 140174 | $3,703.00 | |
| | TOTAL DUE | $31,040.82 | |

**EXHIBIT 2**

INVOICE

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

Quality
Petroleum
Products

INVOICE # 139741

CUSTOMER # CO020

BILL TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

SHIP TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

WILL CALL

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/13/2005   1 | | | |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/13/2005 | CELESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DYED DIESEL,3,NA1993,PGIII | | | | | | | | |
| HSD | 911 | GALLON | 911.00 | 1.7000 | | | .7000 | 1548.70 |
| | | OFF ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA199 | | | | | | |
| CLEAR DIESEL,3,NA1993,PGIII | | | | | | | | |
| LSD | 54 | GALLON | 54.00 | 1.7100 | | | .1540 | 116.32 |
| | | ON ROAD CLEAR DIESEL-COMBUSTIBLE LIQUID NA199 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.
THIS DIESEL FUEL DOES NOT CONTAIN VISIBLE
EVIDENCE OF DYE.

8.25

| SUBTOTAL | 1641.04 |
| FED TAX | 13.18 |
| STATE TAX | 10.80 |
| SALES TAX | 0.00 |
| INVOICE TOT | 1665.02 |

| IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK. | THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT THE MAXIMUM RATE WILL BE | RECEIVED BY | DATE |



**INVOICE**

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality Petroleum Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **140039**

CUSTOMER #    C0020

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

**SHIP TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

WILL CALL

| DATE | | SHIP VIA | FOB | | TERMS | | |
|---|---|---|---|---|---|---|---|
| 05/17/2005 | 1 | | | | | | |

| PURCHASE ORDER NO. | | ORDER DATE | | SALESPERSON | | OUR ORDER NUMBER | |
|---|---|---|---|---|---|---|---|
| | | 05/17/2005 | | | | | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DYED DIESEL, 3, NA1993, PGIII | | | | | | | | |
| HSD | 356 | GALLON | 356.00 | 1.7000 | | | 1.7000 | 605.20 |
| | | OFF ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | |
| CLEAR DIESEL, 3, NA1993, PGIII | | | | | | | | |
| LSD | 14 | GALLON | 14.00 | 1.7100 | .2440 | .2000 | 2.1540 | 30.16 |
| | | ON ROAD CLEAR DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.
THIS DIESEL FUEL DOES NOT CONTAIN VISIBLE
EVIDENCE OF DYE.

| | |
|---|---|
| SUBTOTAL | 629.14 |
| FED TAX | 3.42 |
| STATE TAX | 2.80 |
| SALES TAX | 0.00 |
| INVOICE TOT | 635.36 |

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC.,
HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT
THE MAXIMUM RATE WILL BE
CHARGED ON PAST DUE ACCOUNTS.

RECEIVED BY

X _____

DATE

**REMIT TO:**
P.O. BOX 30100
HOUSTON, TX
77249

**INVOICE**

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality
Petroleum
Products**

INVOICE # **140064**

CUSTOMER #

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

**SHIP TO**

CORDELL

| DATE | | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 05/13/2005 | 1 | | | NET 10 DUE ON 05/23/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/13/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CLEAR DIESEL, 3, NA1993, PGIII | | | | | | | | |
| LSD | 800 | GALLON | 800.00 | 1.6500 | .2440 | .2000 | 2.0940 | 1675.20 |
| ON ROAD CLEAR DIESEL-COMBUSTIBLE LIQUID NA1 | | | | | | | | |

THIS DIESEL FUEL DOES NOT CONTAIN VISIBLE
EVIDENCE OF DYE.

| | |
|---|---|
| SUBTOTAL | 1320.00 |
| FED TAX | 195.20 |
| STATE TAX | 160.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 1675.20 |

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE     THIS INVOICE DUE AND PAYABLE AT THREE

9980 SHIPPED DATE 05/13/05   PAGE

| ORDER NO. | | | |
|---|---|---|---|
| HM FN | DANGEROUS GOODS DESCRIPTION | | |

792 GAL

FOR PRODUCT EMERGENCY - Spill, Leak, Fire, Exposure, or Accident
Day or Night - Call:   CHEMTREC 1-800-424-9300

CHEMTREC   1-800-424-9300
MOTIVA HOUSTON TX

SHIPMENT ORIGIN   :   2661 Steven Street
Houston, TX 77026        TX

CUSTOMER: ___   ACCOUNT: ___

VEHICLE/UNIT NUMBER :   001
TRAILER ELECTRONIC ID: 000000104RE3
EXPIRATION DATE: 12/27/05

FREIGHT        :   TRAILER CERT. NO.: 912002147

CONSIGNEE / DELIVER TO:

LOAD START DATE   :   05/13/05        TIME 17:03

LOAD END DATE   :   05/13/05        TIME 17:07

| TERMS: | | QUANTITY/UNIT |
|---|---|---|
| FN | PRODUCT | |

792 GAL GROSS          792 GAL *
NET VOLUME CORRECTED TO 60 F

792 GAL GROSS          792 GAL NET

... DIESEL MOTOR VEHICLE
... DYED DIESEL FUEL, NO

... REGISTRATION AS APPLICABLE IN

Motiva EPA Registration Number - ____. For complete Health and Physical Safety
... information, please refer to the MSDS.

CTI 800 CSD

200 YARD

SHIPPER: ___

This is to certify that the above
named materials are properly
classified, described, packaged,
marked and labeled, and are in
proper condition for transportation
according to the applicable
regulations of the Department of
Transportation.

DRIVER : ___

CARRIER: ___

Total Collected: $        By:
Carrier certifies that the container supplied for this shipment is a proper con...
for transportation of the Products as above described and driver acknowl...
Emergency Response Guide Information received on reverse side of this doc...

DRIVER/AGENT
SIGNATURE: ___

# Three L Inc.

**REMIT TO:**
P.O. BOX 30100
HOUSTON, TX
77249

**INVOICE**

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality
Petroleum
Products**

INVOICE # **140066**

CUSTOMER #

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

**SHIP TO**

NASA#1

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/13/2005 | 1 | | NET 10 DUE ON 05/23/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/13/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CLEAR DIESEL, 3, NA1993, PGIII | | | | | | | | |
| LSD | 500 | GALLON | 500.00 | 1.6500 | .2440 | .2000 | 2.0940 | 1047.00 |
| | | ON ROAD CLEAR DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | |

THIS DIESEL FUEL DOES NOT CONTAIN VISIBLE
EVIDENCE OF DYE.

| | |
|---|---|
| SUBTOTAL | 825.00 |
| FED. TAX | 122.00 |
| STATE TAX | 100.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 1047.00 |

(8.

| | | RECEIVED BY | DATE |
|---|---|---|---|
| IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK. EMERGENCY CONTACT (512) 463-7727 | THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT THE MAXIMUM RATE WILL BE CHARGED ON PAST DUE ACCOUNTS | X | |

14588

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

| DATE | CUSTOMER P.O. # | ACCOUNT # | BILL OF LADING # | SALES |
|------|-----------------|-----------|------------------|-------|
| 5-13-05 | | | | |

SHIPPED TO:

☐ THIS PRODUCT IS DYED DIESEL FUEL. NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE OFF Highway/Not Legal for Motor Vehicle Use.

☐ RFG GASOLINE: R, S, V1, OX

CTI                    NASA 1

SPECIAL INSTRUCTIONS:

| PRODUCT | HM | DOT HAZARD CLASS | PLACARD OR LABEL | GALLONS ORDERED | GALLONS SHIPPED | INCHES BEFORE | AFTER | WATER | |
|---------|----|--------|------|------|------|------|------|------|------|
| UNLEADED | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| PLUS | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| PREMIUM | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| LOW SULFUR DIESEL | X | Diesel fuel, 3, NA 1993, PG III Legal for Hwy. Use | 1993 | | 50 | | | | |
| DYED DIESEL FUEL | X | Diesel fuel, 3, NA 1993, PG III Not Legal for Hwy. Use | 1993 | | | | | | |
| | | OIL AND LUBE | | ORDERED | SHIPPED | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

RECEIVED BY:                    DATE:

X albeo Silve

IN CASE OF EMERGENCY, REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
**EMERGENCY CONTACT (512) 463-7727**

102

# LIGHT OIL BILL OF LADING
## AND/OR PRODUCT RECEIPT

**NOT NEGOTIABLE**

PURCHASE ORDER NO. (IF APPLICABLE)

## FOR CHEMICAL EMERGENCY SPILL, LEAK, FIRE EXPOSURE OR ACCIDENT CALL CHEMTREC 800-424-9300 ANYTIME.
### SEE REVERSE SIDE EMERGENCY RESPONSE, HEALTH AND PHYSICAL HAZARDS

If or when this instrument constitutes a Bill of Lading, the property described below, in apparent good order, is received by the carrier shown hereon, which carrier agrees to transport to the consignee and destination shown herein subject to the terms and conditions of the special contract between the carrier and the consignee in effect on the date of the issue of this Bill of Lading. In the absence of a special contract, transportation will be subject to all the terms and conditions of the carrier's tariffs legally on file. It is further agreed by the carrier that the transportation of this shipment will be performed in compliance with all applicable Rules, Regulations and Laws.

Except when indicated as Shipper, Supplier assumes no liability for freight and other charges. Shipper or its designee is liable for freight and other charges. Destination, if shown is designated by the Shipper.

RECEIVED BY CARRIER PER DRIVER   **DRIVER SIGN**

X

RECEIVED AT DESTINATION

CUSTOMER

**SUPPLYING TERMINAL**

TERMINAL PHONE NO.

(281)875-9222

CITGO Petroleum Corp (6548 4044)
12323 North Freeway
Houston, TX  77060

Terminal Control Number: T-76-77-2734
ANY GASOLINE LISTED BELOW IS IN COMPLIANCE WITH THE APPLICABLE STANDARDS FOR
VOLATILITY IN EFFECT OF TIME OF PRODUCT TRANSFER.
CITGO EPA REGISTRATION NO. 4044

```
*** D.O.T. HAZARDOUS MATERIAL DESCRIPTION                          GALLONS LOADED  **
*** FUEL OIL, 3 NA 1993, PGIII                                             500      **
```

CONSIGNEE: THREE L INC
(SOLD TO)  707 W CALVACADE

HOUSTON, TX

DESIGNEE: THREE L INC
(SHIP TO) TX DEL

TX

BOL# 372146
PAGE 1 OF 1
PO#\CUST REF#

LOAD RACK: 01
LOAD DATE: 05/13/05
LOAD END : 16:02
CUST FEIN:
FOOTNOTES: 0

SUPPLIER: CITGO PETROLEUM CORP
TAX LICENSE : 17419347004
CUSTOMER TYPE: WHOLESALE UNBRAND
CUSTOMER DEST: 225504
CUSTOMER CARD: 0961

CARRIER: THLC/THREE L INC
CARR FEIN: 741934700
DRIVER CARD: 68929
DRIVER NAME: TROY ROBINSON
TRAILER: THLC 02910

| PRODUCT CODE & DESCRIPTION | GROSS | NET | API | TEMP | OCT | RVP | FOOTNOTES |
|---|---|---|---|---|---|---|---|
| 13380  LOW SULFUR NO. 2 FUEL OIL | 500 | 494 | 31.7 | 87.5 | 0.0 | 0.0 | 9,90 |

(0) CARRIER: THLC  P O BOX 53180          HOUSTON          , TX 77249
(9) LOW SULFUR DISTILLATE MEETS FEDERAL REQUIREMENTS FOR ON-HIGHWAY USE.
(90) This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper
     condition for transportation according to the applicable regulations of the Department of Transportation.

INVOICE

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality Petroleum Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **139746**

CUSTOMER #

BILL TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

SHIP TO

CONTRACTOR TECHNOLOGY, INC.
cordell st.

HOUSTON, TX 77026

WILL CALL

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/16/2005 | 1 | | DUE ON 05/26/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/16/2005 | CHESIE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DYED DIESEL,3,NA1993,PGIII | | | | | | | | |
| HSD | 502 | GALLON | 502.00 | 1.7000 | | | 1.7000 | 853.40 |
| | | OFF ROAD DYED DIESEL-COMBUSTIBLE L UID NA199 | | | | | | |
| CLEAR DIESEL,3,NA1993,PGIII | | | | | | | | |
| LSD | 33 | GALLON | 33.00 | 1.7100 | | | 1.1540 | 71.08 |
| | | ON ROAD CLEAR DIESEL-COMBUSTIBLE L UID NA199 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.
THIS DIESEL FUEL DOES NOT CONTAIN VISIBLE
EVIDENCE OF DYE.

| | |
|---|---|
| SUBTOTAL | 909.83 |
| FED. TAX | 8.05 |
| STATE TAX | 6.60 |
| SALES TAX | 0.00 |
| INVOICE TOT | 924.48 |

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC.,
HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT
THE MAXIMUM RATE WILL BE
CHARGED ON PAST DUE ACCOUNTS.

RECEIVED BY

X

DATE



**INVOICE**

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality Petroleum Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **139759**

CUSTOMER # C0020

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

**SHIP TO**

CONTRACTOR TECHNOLOGY, INC.
CORDELL ST.

HOUSTON, TX 77026

WILL CALL

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/16/2005 | | | |

| PURCHASE ORDER NO. | | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|---|
| | | 05/16/2005 | CHESIE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DYED DIESEL,3,NA1993,PGIII | | | | | | | | |
| HSD | 812 | GALLON | 812.00 | 1.7000 | | | .7000 | 1380.40 |
| | | OFF. ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA199 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.

(8.25)

| | |
|---|---|
| SUBTOTAL | 1380.40 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 1380.40 |

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT THE MAXIMUM RATE WILL BE CHARGED ON PAST DUE ACCOUNTS.

RECEIVED BY

X

DATE

# INVOICE

# Three L Inc.

**LLL**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

Quality
Petroleum
Products

INVOICE # 139771

INVOICE # **139771**

CUSTOMER # CB020

BILL TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

SHIP TO

CONTRACTOR TECHNOLOGY, INC.
CORDELL

HOUSTON, TX 77026

*WILL CALL*

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/17/2005 · 1 | | | NET 10 DUE ON 05/27/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/17/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DYED DIESEL, 3, NA1993, PGIII | | | | 1.7000 | | | 1.7000 | 1190.00 |
| HSD | 700 | GALLON | 700.00 | | | | | |
| | | OFF. ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.

| | |
|---|---|
| 8.25 | |
| SUBTOTAL | 1190.00 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 1190.00 |

| | | RECEIVED BY | DATE |
|---|---|---|---|
| IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK. | THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT THE MAXIMUM RATE WILL BE | | |



**INVOICE**

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

Quality
Petroleum
Products

INVOICE # **139775**

CUSTOMER #

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3500 CHERRY ST

HOUSTON, TX  77026

**SHIP TO**

CONTRACTOR TECHNOLOGY, INC.
cordell st.

HOUSTON, TX  77026

| DATE | SHIP VIA | | FOB | TERMS |
|---|---|---|---|---|
| 05/17/2005 | 1 | | | NET 10  DUE ON 05/27/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 6992 | 05/17/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CASTROL PYROPLEX BLUE NLGI 2 | | | | | | | | |
| CAHPYBL20120 | 1 | KEG | 120.00 | 2.1398 | | | 2.1398 | 256.78 |

| | |
|---|---|
| SUBTOTAL | 256.78 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 21.18 |
| INVOICE TOT | 277.96 |

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT THE MAXIMUM RATE WILL BE CHARGED ON PAST DUE ACCOUNTS.

RECEIVED BY

X

DATE

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality Petroleum Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **140132**

CUSTOMER #

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

**SHIP TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

*WILL CALL*

| DATE | SHIP VIA | FOB | TERMS |
|------|----------|-----|-------|
| 05/17/2005 | | | NET 10 DUE ON 05/27/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|--------------------|-----------|-------------|------------------|
| | 05/17/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|------|--------------|--------------|----------|----------------|----------|-----------|----------------|-------------|
| DYED DIESEL, 3, NA1993, PGIII | | | | | | | | |
| HSD | 392 | GALLON | 392.00 | 1.7000 | | | .7000 | 666.40 |
| | | OFF ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA1 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.

| | |
|---|---|
| SUBTOTAL | 666.40 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 666.40 |

RECEIVED BY

DATE

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC.,
HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT
THE MAXIMUM RATE WILL BE
CHARGED ON PAST DUE ACCOUNTS.

**INVOICE**

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality Petroleum Products**

REMIT TO
P.O. BOX 30100
HOUSTON, TX
77249

140169

INVOICE # **140169**

CUSTOMER #

| | |
|---|---|
| **BILL TO** | **SHIP TO** |
| CONTRACTOR TECHNOLOGY, INC. | CONTRACTOR TECHNOLOGY, INC. |
| 3506 CHERRY ST | 3506 CHERRY ST |
| HOUSTON, TX 77026 | HOUSTON, TX 77026 |

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/17/2005 | | | DUE ON 05/27/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/17/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CLEAR DIESEL,3,NA1993,PGIII | | | | | | | | |
| LSD | 3965 | GALLON | 3965.00 | 1.6300 | .2440 | .2000 | 2.0740 | 8223.41 |
| | | ON ROAD CLEAR DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | |
| PREM LS DIESEL,3,NA1993,PGIII | | | | | | | | |
| PLS | 35 | GALLON | 35.00 | 1.6300 | .2440 | .2000 | 2.0740 | 72.59 |
| | | PREMIUM ON ROAD DIESEL FUEL-COMBUSTIBLE LIQUID NA1993 | | | | | | |

THIS DIESEL FUEL DOES NOT CONTAIN VISIBLE
EVIDENCE OF DYE.

| | |
|---|---|
| SUBTOTAL | 6520.00 |
| FED TAX | 976.00 |
| STATE TAX | 800.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 8296.00 |

| | | | |
|---|---|---|---|
| IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK. EMERGENCY CONTACT (512) 463-7727 | THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT THE MAXIMUM RATE WILL BE CHARGED ON PAST DUE ACCOUNTS. | RECEIVED BY X | DATE |

INVOICE

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality
Petroleum
Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **139787**

CUSTOMER # CO020

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

**SHIP TO**

CONTRACTOR TECHNOLOGY, INC.
CORDELL ST.

HOUSTON, TX 77026

WILL CALL

5/18/05

| DATE | | SHIP VIA | FOB | | | TERMS | |
|---|---|---|---|---|---|---|---|

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | | OUR ORDER NUMBER | |
|---|---|---|---|---|---|
| | 05/18/2005 | CHESTE | | | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HSD | 646 | GALLON | 646.00 | 1.7000 | | .7000 | | 1098.20 |
| | | OFF ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | |
| CLEAR DIESEL,3,NA1993,PGIII | | | | | | | | |
| LSD | 18 | GALLON | 18.00 | 1.7100 | .2440 | .7000 | .1540 | 38.77 |
| | | ON ROAD CLEAR DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.
THIS DIESEL FUEL DOES NOT CONTAIN VISIBLE
EVIDENCE OF DYE.

| | |
|---|---|
| SUBTOTAL | 1129.98 |
| FED TAX | 4.39 |
| STATE TAX | 3.60 |
| SALES TAX | 0.00 |
| INVOICE TOT | 1136.97 |

| IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK. | THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT | RECEIVED BY | DATE |
|---|---|---|---|



**Three L Inc.**

Quality
Petroleum
Products

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # 139790

CUSTOMER # CO020

BILL TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

SHIP TO

CONTRACTOR TECHNOLOGY, INC.
CORDELL ST.

HOUSTON, TX  77026

5/18/05

WILL CALL

| DATE | SHIP VIA | FOB | TERMS |
|------|----------|-----|-------|

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|--------------------|------------|-------------|------------------|
| | 05/18/2005 | | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|------|--------------|--------------|----------|----------------|----------|-----------|----------------|-------------|
| DYED DIESEL,3,NA1993,PGIII | | | | | | | | |
| BSD | 692 | GALLON | 692.00 | 1.7000 | | | 1.7000 | 1176.40 |
| | OFF ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | | |
| CLEAR DIESEL,3,NA1993,PGIII | | | | | | | | |
| LSD | 15 | GALLON | 15.00 | 1.7100 | .2440 | .2000 | 2.1540 | 32.31 |
| | ON ROAD CLEAR DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | | | |

YED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
OR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.
HIS DIESEL FUEL DOES NOT CONTAIN VISIBLE
VIDENCE OF DYE.

| | | |
|---|---|---|
| SUBTOTAL | 1202.05 |
| FED TAX | 3.66 |
| STATE TAX | 3.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 1208.71 |

(8.25)

CASE OF EMERGENCY REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC.,
HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT
THE MAXIMUM RATE WILL BE

RECEIVED BY

DATE

**INVOICE**

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality Petroleum Products**

LLL
REMIT
P.O. BOX 30100
HOUSTON, TX
77249

**INVOICE #** 139794

**CUSTOMER #**

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

**SHIP TO**

CONTRACTOR TECHNOLOGY, INC.
CORDELL

HOUSTON, TX 77026    139794

WILL CALL    C0020

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/18/2005 | | | PAYMENT IS DUE IN 05/28/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/18/2005 | CHESTER | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DYED DIESEL,3,NA1993,PGIII | | | | | | | | |
| HSD | 868 | GALLON | 868.00 | 1.7000 | | | 1.7000 | 1475.60 |
| | | | OFF ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA1993 | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.

| | | |
|---|---|---|
| SUBTOTAL | | 1475.60 |
| FED TAX | | 0.00 |
| STATE TAX | | 0.00 |
| SALES TAX (8.25) | | 0.00 |
| INVOICE TOT | | 1475.60 |

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT THE MAXIMUM RATE WILL BE CHARGED ON PAST DUE ACCOUNTS.

RECEIVED BY

X _Maurice Miller_

DATE

INVOICE

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality
Petroleum
Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **140267**

CUSTOMER #    CO020

BILL TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

SHIP TO

CHERRY ST.

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/18/2005 | I | | DUE ON 05/28/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/18/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TANK /CONTAINMENT TANK | | | | | | | | |
| MISC | 1 | | 1.00 | 4000.00 | | | 000.00 | 4000.00 |

| | |
|---|---|
| SUBTOTAL | 4000.00 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 4000.00 |

# Three L Inc.

**REMIT TO:**
P.O. BOX 30100
HOUSTON, TX
77249

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality
Petroleum
Products**

INVOICE # **139987**

CUSTOMER #    C0020

BILL TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST
HOUSTON, TX  77026

SHIP TO

CHERRY ST.

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TANK / CONTAINMENT TANK | | | | | | | | |
| MISC | 1 | | 1.00 | 4000.00 | | | 4000.00 | 4000.00 |

SUBTOTAL    4000.00
FED. TAX        0.00
STATE TAX      0.00
SALES TAX      0.00
INVOICE TOT   4000.00

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC.,
HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT
THE MAXIMUM RATE WILL BE
CHARGED ON PAST DUE ACCOUNTS.

RECEIVED BY

DATE

**INVOICE**

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality
Petroleum
Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **140268**

CUSTOMER #

BILL TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

SHIP TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/18/2005   1 | | | NET 30 DUE ON 05/28/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/18/2005 | CHESTE | 140268 |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TANK / CONTAINMENT TANK | | | | | | | | |
| MISC | -1 | | -1.00 | 4000.00 | | | 4000.00 | -4000.00 |

| | |
|---|---|
| SUBTOTAL | -4000.00 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | -4000.00 |

(8.25)

5/31/05 applied to 139987

RECEIVED BY                     DATE

X

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC.,
HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT
THE MAXIMUM RATE WILL BE
CHARGED ON PAST DUE ACCOUNTS

14397

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

| DATE | CUSTOMER P.O. # | ACCOUNT # | BILL OF LADING # | SALES |
|------|-----------------|-----------|------------------|-------|
| 5-17-05 | | | | |

SHIPPED TO:

☐ THIS PRODUCT IS DYED DIESEL FUEL. NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE OFF Highway/Not Legal for Motor Vehicle Use.

☐ RFG GASOLINE: R, S, V1, OX

*C T I*                    *Cherry RD*

SPECIAL INSTRUCTIONS:

| PRODUCT | HM | DOT HAZARD CLASS | PLACARD OR LABEL | GALLONS ORDERED | GALLONS SHIPPED | INCHES BEFORE | INCHES AFTER | WATER | |
|---------|----|-----------------|--------------|-----------------|-----------------|--------|-------|-------|---|
| UNLEADED | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| PLUS | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| PREMIUM | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| LOW SULFUR DIESEL | X | Diesel fuel, 3, NA 1993, PG III Legal for Hwy. Use | 1993 | 4000 | 4000 | | | | |
| DYED DIESEL FUEL | X | Diesel fuel, 3, NA 1993, PG III Not Legal for Hwy. Use | 1993 | | | | | | |
| | | OIL AND LUBE | | ORDERED | SHIPPED | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

IN CASE OF EMERGENCY, REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
**EMERGENCY CONTACT (512) 463-7727**

102

RECEIVED BY:                    DATE:

X *Jim Vein*

INVOICE

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality**
**Petroleum**
**Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **140171**

CUSTOMER #   C00E0

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

**SHIP TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

WILL CALL

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 05/19/2005 | | | NET 10 DUE ON 05/29/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/19/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DYED DIESEL, 3, NA1993, PGIII | | | | | | | | |
| HSD | 1007 | GALLON | 1007.00 | 1.7000 | | | 1.7000 | 1711.90 |
| | | OFF ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA1 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.

| | |
|---|---|
| SUBTOTAL | 1711.90 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 1711.90 |

| | | RECEIVED BY | DATE |
|---|---|---|---|
| IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK. | THIS INVOICE DUE AND PAYABLE AT THREE L INC., HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT THE MAXIMUM RATE WILL BE | | |



**INVOICE**
# Three L Inc.
707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality Petroleum Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **139804**

CUSTOMER #  C0020

**BILL TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

**SHIP TO**

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX  77026

| DATE | SHIP VIA | | FOB | | TERMS | | |
|------|----------|--|-----|--|-------|--|--|

| PURCHASE ORDER NO. | | ORDER DATE | SALESPERSON | | OUR ORDER NUMBER | | |
|---|---|---|---|---|---|---|---|

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|------|-------------|--------------|----------|----------------|---------|-----------|----------------|-------------|
| CASTROL PYROPLEX BLUE NLGI 2 | | | | | | | | |
| CAHPYBL24014 | 0.20 | CASE | 17.50 | 2.4714 | | | 2.4714 | 43.25 |

|  |  |
|--|--|
| SUBTOTAL | 43.25 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 3.57 |
| INVOICE TOT | 46.82 |

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

THIS INVOICE DUE AND PAYABLE AT THREE L INC.,
HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT
THE MAXIMUM RATE WILL BE
CHARGED ON PAST DUE ACCOUNTS.

RECEIVED BY                                    DATE

X

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

**Quality Petroleum Products**

REMIT TO:
P.O. BOX 30100
HOUSTON, TX
77249

INVOICE # **140174**

CUSTOMER # C0020

BILL TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

SHIP TO

CONTRACTOR TECHNOLOGY, INC.
3506 CHERRY ST

HOUSTON, TX 77026

| DATE | | SHIP VIA | FOB | | TERMS |
|---|---|---|---|---|---|
| 05/19/2005 | 1 | | | | NET 10   DUE ON 05/29/2005 |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | 05/19/2005 | CHESTE | |

| CODE | NO. OF PKGS. | PACKAGE KIND | QUANTITY | EXC. TAX PRICE | FED. TAX | STATE TAX | INC. TAX PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| DYED DIESEL,3,NA1993,PGIII | | | | | | | | |
| HSD | 2300 | GALLON | 2300.00 | 1.6100 | | | 1.6100 | 3703.00 |
| | | OFF ROAD DYED DIESEL-COMBUSTIBLE LIQUID NA1 | | | | | | |

DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY
FOR TAXABLE USE. NOT LEGAL FOR MOTOR VEHICLE USE.

| | |
|---|---|
| SUBTOTAL | 3703.00 |
| FED TAX | 0.00 |
| STATE TAX | 0.00 |
| SALES TAX | 0.00 |
| INVOICE TOT | 3703.00 |

IN CASE OF EMERGENCY REFER TO GUIDE 27 OF THE
EMERGENCY RESPONSE GUIDE BOOK.

THIS INVOICE DUE AND PAYABLE AT THREE L INC.,
HOUSTON, HARRIS COUNTY, TEXAS. INTEREST AT
THE MAXIMUM RATE WILL BE

RECEIVED BY

DATE

14399

# Three L Inc.

707 W. Cavalcade • Houston, Texas 77009 • Phone (713) 880-2811 • Fax (713) 869-7489

| DATE | CUSTOMER P.O. # | ACCOUNT # | BILL OF LADING # | SALES |
|------|-----------------|-----------|------------------|-------|
| 5-19-05 | | | | |

SHIPPED TO:

☐ THIS PRODUCT IS DYED DIESEL FUEL. NONTAXABLE USE ONLY.
PENALTY FOR TAXABLE USE OFF Highway/Not Legal for Motor Vehicle Use.

☐ RFG GASOLINE: R, S, V1, OX

SPECIAL INSTRUCTIONS:   C T I          Cheney RU

| PRODUCT | HM | DOT HAZARD CLASS | PLACARD OR LABEL | GALLONS ORDERED | GALLONS SHIPPED | INCHES BEFORE | AFTER | WATER | |
|---------|-----|------------------|------------------|-----------------|-----------------|---------------|-------|-------|---|
| UNLEADED | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| PLUS | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| PREMIUM | X | Gasoline, 3, UN 1203, PG II | 1203 | | | | | | |
| LOW SULFUR DIESEL | X | Diesel fuel, 3, NA 1993, PG III Legal for Hwy. Use | 1993 | | | | | | |
| DYED DIESEL FUEL | X | Diesel fuel, 3, NA 1993, PG III Not Legal for Hwy. Use | 1993 | 2300 | 2300 | | | | |
| | | OIL AND LUBE | | ORDERED | SHIPPED | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

IN CASE OF EMERGENCY, REFER TO GUIDE 27 OF THE EMERGENCY RESPONSE GUIDE BOOK.
EMERGENCY CONTACT (512) 463-7727

102

RECEIVED BY:                    DATE:

X _____
May 19, 2005
10:27 Am