UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.  05-37623-H1-7 |
| **CONTRACTOR TECHNOLOGY, LTD.** | Chapter 7 |
| Debtor(s). | **APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a)** |

The undersigned trustee reports:

___    The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 X    More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   10/13/10                                  /s/ Ronald J. Sommers
                                                              Ronald J. Sommers
                                                              2800 POST OAK BLVD 61st Floor
                                                              Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 13TH day of October, 2010.

                                                                     / Ronald J. Sommers
                                                              Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

___        Small Dividends

_XX_       Unclaimed Dividends Interim Distribution made 12/01/09

| Name & Address | Claim No. | Amount |
|---|---|---|
| GRAND VALLEY ASSOCIATES | | 96.00 |
| SERVANDO ESQUIVEL<br>10110 CLUB CREEK # 254<br>HOUSTON, TX  77036 | 274 | 337.42 |
| ABELARDO GONZALEZ<br>7301 JENSEN # 44<br>HOUSTON, TX  77093 | 51 | 292.02 |
| JORGE A. FRAUSTO<br>306 SUNNYSIDE # 806<br>HOUSTON, TX  77076 | 112 | 235.57 |
| EFREN VALDEZ<br>3343 PERSIMMON<br>HOUSTON, TX  77093 | 286 | 147.24 |
| HENRY RODRIGUEZ<br>7100 RENWICK # 507<br>HOUSTON, TX  77081 | 164 | 456.88 |
| FELIPE GARCIA<br>8711 TOWNPARK, APT. 2194<br>HOUSTON, TX  77036 | 90 | 242.95 |
| RAUL SOTO<br>3511 EASTEX FREEWAY A-22<br>HOUSTON, TX  77026 | 104 | 319.51 |
| JAMES C. HANSON<br>7201 SPENCE HWY # 250<br>PASADENA, TX  77505 | 662 | 321.47 |
| PATRICK V. CARTER<br>5210 LUCILLE ST.<br>HOUSTON, TX  77026 | 343 | 588.96 |
| ERNEST JOHNSON<br>2239 KNIGHT ST.<br>HOUSTON, TX  77093 | 280 | 554.06 |
| JOSE MIGUEL ROQUE<br>1141 BURKE RD. # 2<br>PASADENA, TX  77506 | 35 | 193.87 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| GUADALUPE HERNANDEZ<br>6600 DUNLAP, APT. 2045<br>HOUSTON, TX  77074 | 42 | 296.93 |
| CELESTINO GANDARA<br>7512 VANNESS<br>HOUSTON, TX  77037 | 222 | 769.58 |
| TONY SEGROVES<br>4637 WILD INDIGO, # 495<br>HOUSTON, TX  77027 | 292 | 425.10 |
| EDUARDO COVARRUBIAS<br>12500 ALDINE WESTFIELD # 99<br>HOUSTON, TX  77039 | 133 | 580.37 |
| JOSE OCHOA<br>411 S. RICHEY # 75<br>PASADEAN, TX  77506 | 377 | 256.44 |
| TELESFORO CORREA<br>482 CR 612<br>DAYTON, TX  77535 | 162 | 687.12 |
| ARTURO CASTILLO<br>7575 OFFICE CITY DRIVE # 20<br>HOUSTON, TX  77012 | 225 | 341.60 |
| ABEL SANTA MARIA<br>7201 SPENCER HWY, # 366<br>PASADENA, TX  77505 | 41 | 441.72 |
| JOSE LUIS GARCIA<br>3705 RANCH ST.<br>HOUSTON, TX  77026 | 233 | 176.68 |
| JOSE ALBERTO VALLADAREZ<br>821 RICHEY, APT. 20<br>PASADENA, TX  77506 | 262 | 322.45 |
| ERIK MONROY<br>8100 STONE, APT. 1208<br>HOUSTON, TX  77061 | 316 | 273.26 |
| MARCO A. ZAMORA<br>7039 KRAUSE<br>MISSOURI CITY, TX  77489 | 612 | 223.07 |
| ELISEO ARRIAGA<br>8072 GARLAND<br>HOUSTON, TX  77017 | 71 | 323.92 |
| JOSEA LOPEZ<br>HOUSTON, TX  77003 | 163 | 490.80 |
| DAVID LYNN DONAHOE<br>2613 30TH AVENUE N<br>TEXAS CITY, TX  77590 | 203 | 565.04 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| ALFREDO C. TORRES<br>10040 SHADY LANE<br>HOUSTON, TX  77093 | 263 | 107.98 |
| JOSE A. RIVAS<br>8381 FUQUA GARDERN DR.<br>HOUSTON, TX  77075 | 325 | 299.11 |
| BERNARDO OLVERA<br>5310 DARTMOUTH DR.<br>PASADENA, TX  77503 | 390 | 256.44 |
| DEVONA STEARNS<br>1871 COUNTY RD. 1598<br>JOPPA, AL  35087 | 348 | 558.28 |
| JUVENAL CANO GARCIA<br>P.O. BOX 1026<br>ROSENBERG, TX  77471 | 577 | 275.71 |
| MICHAEL C. MORROW<br>10618 BUFFUM DRIVE<br>HOUSTON, TX  77051 | 224 | 453.99 |
| INTERNAL REVENUE SERVICE<br>(LEVY AGAINST OSCAR A. ESPINAL) | 131 | 269.94 |
| HIGINIO (HIJINIO) VASQUEZ<br>7430 SCHULLER # 7372<br>HOUSTON, TX  77093 | 340 | 306.62 |
| ANGEL ANTONIO MEJIA<br>10157 WESTVIEW DR. # 144<br>HOUSTON, TX  77043 | 234 | 600.39 |
| REYNALDO CARRILLO<br>9121 IRVINGTON, APT 23<br>HOUSTON, TX  77022 | 317 | 231.01 |
| CHARLES E. HENDRIX<br>431 ABLE<br>LIBERTY, TX 77575 | 259 | 762.46 |
| ARMANDO HERNANDEZ<br>7706 AVE. B<br>HOUSTON, TX  77012 | 278 | 68.72 |
| MANUEL CUEVAS<br>3506 CHERRY ST.<br>HOUSTON, TX  77026 | 302 | 191.66 |
| HERBERT L. CREAR<br>855 GREANS RD. # 55<br>HOUSTON, TX  77060 | 368 | 532.51 |
| INTERNAL REVENUE SERVICE<br>(LEVY AGAINST RANDY STEARNS) | 347 | 564.42 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| ANTONIO SANCHEZ<br>1811 NANETTE DR.<br>HOUSTON, TX  77050 | 310 | 429.94 |
| VENTURA GARCIA<br>HOUSTON, TX  77033 | 137 | 500.62 |
| ANTONIO V. VACA<br>7702 LUMBERJACK DRIVE<br>HOUSTON, TX  77040 | 362 | 272.65 |
| RAUL DOMINGUEZ<br>208 CHARITON DR.<br>GALENA PARK, TX  77547 | 614 | 506.75 |
| SOTERO G. HERRERA<br>2301 WARWICK<br>HOUSTON, TX  77093 | 109 | 304.30 |
| MARCOS HERNANDEZ<br>5239 CASTLE CREEK<br>HOUSTON, TX  77085 | 218 | 384.05 |
| EDWIN A. FUENTES<br>13235 S. THORNTREE DR.<br>HOUSTON, TX  77015 | 138 | 242.95 |
| JORGE A. ESCOBAR<br>8100 STONE, APT. 120A<br>HOUSTON, TX  77061 | 319 | 317.79 |
| WORLEY T. TAYLOR<br>304 E. 32ND ST.<br>HOUSTON, TX  77018 | 688 | 416.69 |
| MAGDALENO MALDONADO<br>2926 LAVENDAR ST.<br>HOUSTON, TX  77026 | 207 | 345.28 |
| JULIO PRIETO<br>7301 JENSEN H38<br>HOUSTON, TX  77093 | 45 | 292.03 |
| MAURICIO A. SORTO<br>10110 WESTVIEW DR. # 2807<br>HOUSTON, TX  77004 | 135 | 283.44 |
| ANTONIO COMACHO<br>2500 WEST MOUNT HOUSTON<br>HOUSTON, TX  77038 | 192 | 524.90 |
| HIOBANY CONTRERAS<br>308 N. EVERTON<br>HOUSTON, TX  77003 | 221 | 254.48 |
| JESUS GARCIA CASTILLO<br>5115 CICADA ST.<br>HOUSTON, TX  77039 | 151 | 614.98 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| MARIA L. VALERO<br>4808 ELSER ST.<br>HOUSTON, TX  77009 | 168 | 258.20 |
| JOHN PENA<br>1717 WIRT # 59<br>HOUSTON, TX  77055 | 206 | 262.83 |
| ANTONIO VERA<br>5310 RIGTORE<br>HOUSTON, TX  77043 | 394 | 297.42 |
| JOSE MORENO<br>222 FELKWAY<br>HOUSTON, TX  77060 | 144 | 292.03 |
| WILVER EDGARDO BLANCO<br>952 VILLA DE MATEL, APT 258<br>HOUSTON, TX  77023 | 220 | 472.39 |
| FELIPE DE JESUS CONEJO<br>6005 ALLENDALE RD. APT 45<br>HOUSTON, TX  77017 | 228 | 58.90 |
| TOTAL: |  | 22,771.89 |