UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.  05-37623-H1-7 |
| **CONTRACTOR TECHNOLOGY, LTD.** | Chapter 7 |
| Debtor(s). | APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a) |

The undersigned trustee reports:

____  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X___  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated  7/1/11

  /s/ Ronald J. Sommers
Ronald J. Sommers
2800 POST OAK BLVD 61st Floor
Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 1st day of July, 2011.

  /s/  Ronald J. Sommers
Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

____        Small Dividends

_XX_        Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| JOSE MIGUEL ROQUE<br>1141 BURKE RD. #2<br>PASADENA, TX  77506 | 35 | 93.46 |
| ABEL SANTA MARIA<br>7201 SPENCER HWY #366<br>PASADENA, TX  77505 | 41 | 212.98 |
| GUADALUPE HERNANDEZ<br>6600 DUNLAP, APT 2045<br>HOUSTON, TX  77074 | 42 | 143.17 |
| JULIO PRIETO<br>7301 JENSEN H38<br>HOUSTON, TX  77093 | 45 | 140.80 |
| ABELARDO GONZALEZ<br>7301 JENSEN #44<br>HOUSTON, TX  77093 | 51 | 140.81 |
| ELISEO ARRIAGA<br>8072 GARLAND<br>HOUSTON, TX  77017 | 71 | 156.19 |
| FELIPE GARCIA<br>8711 TOWNPARK, APT. 2194<br>HOUSTON, TX  77036 | 90 | 117.14 |
| GOETHE CARLOS CRUZ<br>9606 HARVEST ACRES DR.<br>MANVEL, TX  77578 | 101 | 283.97 |
| RAUL SOTO<br>3511 EASTEX FRWY A-22<br>HOUSTON, TX  77026 | 104 | 154.06 |
| SOTERO G. HERRERA<br>2301 WARWICK<br>HOUSTON, TX  77093 | 109 | 146.71 |
| JORGE A. FRAUSTO<br>306 SUNNYSIDE #806<br>HOUSTON, TX  77076 | 112 | 113.60 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| MARIO A. MARTINEZ<br>3335 LINN<br>HOUSTON, TX 77026 | 121 | 183.04 |
| INTERNAL REVENUE SERVICE<br>ESPINAL LEVY AGAINST OSCAR A. ESPINAL | 131 | 130.15 |
| EDUARDO COVARRUBIAS<br>12500 ALDINE WESTFIELD #99<br>HOUSTON, TX 77039 | 133 | 279.83 |
| MAURICIO A. SORTO<br>10110 WESTVIEW DR 2807<br>HOUSTON, TX 77004 | 135 | 136.66 |
| VENTURA GARCIA<br>HOUSTON, TX 77033 | 137 | 241.38 |
| EDWIN A. FUENTES<br>13235 S. THORNTREE DR.<br>HOUSTON, TX 77015 | 138 | 117.14 |
| JOSE MORENO<br>222 FELKWAY<br>HOUSTON, TX 77060 | 144 | 140.80 |
| JESUS GARCIA CASTILLO<br>5115 CICADA ST.<br>HOUSTON, TX 77039 | 151 | 296.51 |
| TELESFORO CORREA<br>482 C.R. 612<br>DAYTON, TX 77535 | 162 | 331.30 |
| JOSEA LOPEZ<br>HOUSTON, TX 77003 | 163 | 236.64 |
| HENRY RODRIGUEZ<br>7100 RENWICK #507<br>HOUSTON, TX 77081 | 164 | 220.28 |
| MARIA L. VALERO<br>4808 ELSER ST.<br>HOUSTON, TX 77009 | 168 | 124.49 |
| JULIO C. ANDALUZ<br>952 VILLA DE MATEH #258<br>HOUSTON, TX 77023 | 199 | 110.64 |
| ARMANDO TORRES<br>6515 MYRTLE STREET<br>HOUSTON, TX 77087 | 201 | 123.64 |
| JONA PENA<br>1717 WIRT #59<br>HOUSTON, TX 77055 | 206 | 126.72 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| MAGDALENO MALDONADO<br>2926 LAVENDER STREET<br>HOUSTON, TX  77026 | 207 | 166.49 |
| DANIEL R. SALAZAR<br>5106 VINOT STREET<br>HOUSTON, TX  77017 | 209 | 249.90 |
| MARCOS HERNANDEZ<br>5239 CASTLE CREEK<br>HOUSTON, TX  77085 | 218 | 185.17 |
| WILVER EDGARDO BLANCO<br>952 VILLA DE MATEL, APT 258<br>HOUSTON, TX  77023 | 220 | 227.77 |
| HIOBANY CONTRERAS<br>308 N. EVERTON<br>HOUSTON, TX  77003 | 221 | 122.70 |
| MICHAEL C. MORROW<br>10618 BUFFUM DRIVE<br>HOUSTON, TX  77051 | 224 | 218.90 |
| FELIPE DE JESUS CONEJO<br>6005 ALLENDALE RD. APT 45<br>HOUSTON, TX  77017 | 228 | 28.40 |
| JOSE LUIS GARCIA<br>3705 RANCH ST.<br>HOUSTON, TX  77026 | 233 | 85.19 |
| ANGEL ANTONIO MEJIA<br>10157 WESTVIEW DR 144<br>HOUSTON, TX  77043 | 234 | 289.48 |
| JOSE LUIS GONZALEZ<br>8705 BRANNON<br>HOUSTON, TX  77093 | 244 | 107.55 |
| CHARLES E. HENDRIX<br>431 ABLE<br>LIBERTY, TX  77575 | 259 | 367.63 |
| JOSE ALBERTO VALLADAREZ<br>821 RICHEY APT 20<br>PASADENA, TX  77506 | 262 | 155.48 |
| ALFREDO C. TORRES<br>10040 SHADY LANE<br>HOUSTON, TX  77093 | 263 | 52.06 |
| JOSE ANTONIO MEDRANO<br>8618 DAIRY VIEW LN<br>HOUSTON, TX  77072 | 272 | 123.64 |
| SRVANDO ESQUIVEL<br>10110 CLUB CREEK #254<br>HOUSTON, TX  77036 | 274 | 162.70 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| ARMANDO HERNANDEZ<br>7706 AVE. B<br>HOUSTON, TX  77012 | 278 | 33.13 |
| ERNEST JOHNSON<br>2239 KNIGHT ST.<br>HOUSTON, TX  77093 | 280 | 267.14 |
| EFREN VALDEZ<br>3343 PERSIMMON<br>HOUSTON, TX  77093 | 286 | 71.00 |
| FABIAN CASADOS<br>711 ½ MCINTOSH<br>HOUSTON, TX  77009 | 287 | 169.52 |
| TONY SEGROVES<br>4637 WILD INDIGO #495<br>HOUSTON, TX  77027 | 292 | 204.97 |
| MANUEL CUEVAS<br>C/O CTI CONTRACTOR TECHNOLOGY<br>3506 CHERRY STREET<br>HOUSTON, TX  77026 | 302 | 92.41 |
| ANTONIO G. SANCHEZ<br>11811 NANETTE DR.<br>HOUSTON, TX  77050 | 310 | 207.30 |
| ERIK MONROY<br>8100 STONE APT 1208<br>HOUSTON, TX  77061 | 316 | 131.76 |
| REYNALDO CARRILLO<br>9121 IRVINGTON, APT 23<br>HOUSTON, TX  77022 | 317 | 111.39 |
| JORGE A. ESCOBAR<br>8100 STONE APT 120a<br>HOUSTON, TX  77061 | 319 | 153.22 |
| JOSE A. RIVAS<br>8381 FUQUA GARDEN DR<br>HOUSTON, TX  77075 | 325 | 144.23 |
| HIGINIO (HIJINIO) VASQUEZ<br>7430 SCHULLER #7372<br>HOUSTON, TX  77093 | 340 | 147.85 |
| PATRICK V. CARTER<br>5210 LUCILLE ST.<br>HOUSTON, TX  77026 | 343 | 283.97 |
| INTERNAL REVENUE SERVICE/STEARNS<br>LEVY AGAINST RANDY STEARNS | 347 | 272.15 |
| HERBERT L. CREAR<br>855 GREENS RD #55<br>HOUSTON, TX  77060 | 368 | 256.75 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| JOSE OCHOA<br>411 S. RICHEY #75<br>PASADENA, TX  77506 | 377 | 123.64 |
| ANTONIO VERA<br>5310 RIGTORE<br>HOUSTON, TX  77043 | 394 | 143.41 |
| AMBROSIO U. TALAMANTES<br>3715 RANCH<br>HOUSTON, TX  77026 | 533 | 118.31 |
| JESUS R. MARTINEZ<br>P.O. BOX 474<br>LA PORTE, TX  77572-0474 | 547 | 301.02 |
| IMER A. RIVAS<br>1216 W. SOUTHMORE #13<br>PASADENA, TX  77502 | 609 | 123.64 |
| MARCO A. ZAMORA<br>7039 KRAUSE<br>MISSOURI CITY, TX  77489 | 612 | 107.55 |
| RAUL DOMINGUEZ<br>208 CHARITON DR.<br>GALENA PARK, TX  77547 | 614 | 244.34 |
| SALOMON C. AGUINAGA<br>P.O. BOX 386<br>GALENA PARK, TX  77547 | 623 | 162.69 |
| CHRISTOPHER D. SIMMONS<br>2513 4TH STREET<br>GALENA PARK, TX  77547 | 640 | 189.96 |
| JAMES C. HANSON<br>7201 SPENCE HWY #250<br>PASADENA, TX  77505 | 662 | 155.01 |
| EARL ERKSIN<br>2511 WINBURN<br>HOUSTON, TX  77004 | 680 | 111.02 |
| JOHN ERNEST JOHNSON<br>1425 3RD AVE NORTH<br>TEXAS CITY, TX  77590 | 749 | 319.46 |
| DIRECTIONAL ROAD BORING, INC. | | 29,643.19 |
| NEW ACTION MOBILE INDUSTRIES, LLC | | 633.43 |
| TEXAS EMPLOYMENT COMMISSION | | 5,152.62 |
| INTERNAL REVENUE SERVICE | | 16,125.83 |
| INTERNAL REVENUE SERVICE | | 73,759.61 |
| INTERNAL REVENUE SERVICE | | 7,775.20 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| TEXAS EMPLOYMENT COMMISSION | | 2,484.38 |
| INTERNAL REVENUE SERVICE LEVY AGAINST OSCAR A. ESPINAL | 131 | 70.82 |
| INTERNAL REVENUE SERVICE | | 35,492.82 |
| **TOTAL:** | | $182,829.91 |