

ENTERED
01/10/2012

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: Contractor Technology, Ltd §
§
§
§
§
Debtor(s).              §

Case No. 05-37623

#2075

## Order for Payment of Unclaimed Funds

Upon the application of __Tony Segnoves__,

seeking payment of $ __425.10__ representing funds previously unclaimed by

__Tony Segnoves__
__4637 Wild Indigo, #495__
__Houston, TX 77027__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __Tony Segnoves__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ __425.10__ to:

__Tony Segnoves__
__c/o Temple Services__
__723 Main Street, Ste 703__
__Houston, TX 77002__

Signed this __9__ day of __Jany__, __2012__.

United States Bankruptcy Judge