IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CONTRACTOR TECHNOLOGY, LTD. | § | Case No. 05-37623-H1-7 |
| | § | (Chapter 7) |
| Debtor | § | |
| | § | |

**JOINT MOTION OF THE CHAPTER 7 TRUSTEE AND THE INTERNAL REVENUE SERVICE TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT**
(Related to Doc. Nos. 2064 and 2065)

Pursuant to Local Rule 9013:

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE MARVIN ISGUR, CHIEF UNITED STATES BANKRUPTCY JUDGE:

Ronald J. Sommers, chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and the Internal Revenue Service (the "IRS") file this Joint Motion to Disburse Funds from the Registry of the Court (the "Motion").

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue for this Motion is appropriate in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**Factual Background**

3. On or about December 1, 2009, the Trustee mailed two checks to the IRS in the amounts of $73,759.61 and $16,125.83. On or about September 22, 2010, the Trustee mailed two additional checks to the IRS in the amounts of $35,492.82 and $7,775.20. These checks represented the withholdings for FICA, Medicare, and Social Security related to an interim and final distribution in this Bankruptcy Case. These checks never cleared the Trustee's account.

4. On July 1, 2011, the Trustee filed his Application to Pay Funds into the Registry Under 11 U.S.C. § 347(a) (the "Application"). [Doc. No. 2064]. The funds subject to the Application included the above-described withholdings. On July 5, 2011, the Court's Clerk signed the Order for Deposit of Funds which approved the Application and ordered the Trustee to pay those funds into the registry of the Court. [Doc. No. 2065]. The Trustee paid unclaimed funds into the Court's registry.

5. Trustee's counsel has contacted the Court's clerk by phone. The Clerk states that it is presently holding $173,113.08 in the registry of the Court for this case.

**Relief Requested**

6. The Trustee and the IRS request that the Court order these funds, which total $133,153.46, to be disbursed from the registry of the Court to the IRS.

Accordingly, the Trustee and the IRS request that the Court order $133,153.46 to be disbursed from the registry of the Court to the IRS.

Respectfully submitted,

By: /s/ Richard A. Kincheloe
    Gretchen G. McCord
    Texas Bar No. 00798203
    S.D. Tex. Bar No. 22167
    Richard A. Kincheloe
    Texas Bar No. 24068107
    S.D. Tex. Bar No. 1132346
    2800 Post Oak Blvd., 61st Floor
    Houston, TX 77056
    (713) 892-4816 – Phone
    (713) 892-4800 – Fax
ATTORNEYS FOR RONALD J. SOMMERS, TRUSTEE

OF COUNSEL:
NATHAN SOMMERS JACOBS,
A Professional Corporation
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056
(713) 960-0303–Phone
(713) 892-4800–Fax

KENNETH MAGIDSON
UNITED STATES ATTORNEY

    /s/ Wanda M. Cohen
By:  Wanda M. Cohen
    Special Assistant United States Attorney
    Texas Bar No. 04509350
    8701 S. Gessner, Ste. 710
    Houston, TX 77074
    (281) 721-7387 – Phone
    (281) 721-7343 – Fax
ATTORNEYS FOR THE INTERNAL REVENUE

SERVICE

**Certificate of Service**

      The undersigned certifies that he served the foregoing Motion to the parties listed on the attached limited service list on this 11th day of May, 2012, by ECF transmission and/or first-class U.S. Mail, postage prepaid.

                                                */s/ Richard A. Kincheloe*
                                                Richard A. Kincheloe

## Limited Service List

**U.S. Trustee's Office:**
Hector Duran
Office of the US Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

James Thomas McMillen
Attorney at Law
14522 Red Mulberry Lane
Houston, TX 77044-4927

**Internal Revenue Service**
c/o Wanda Cohen
8701 South Gessner, Suite 710
Houston, TX 77074

**Parties requesting notice:**
Gilbert B. Weisman
Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355
*Attorneys for American Express Travel …*

Nancy Hesse Hamren
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, TX 77046
*Attorneys for American Motorists Insurance Company*

Linda Burke Diers
Attorney At Law
800 Wilcrest, Suite 260
Houston, TX 77042
*Attorneys for Barrier Equipment, Inc.*

**Debtor's Attorney:**
Thomas Baker Greene III
Kajander & Greene
17 S. Briar Hollow Lane, Suite G20
Houston, TX 77027

Gregory R Travis
The Travis Law Firm
2700 Post Oak Blvd., Suite 900
Houston, TX 77056

James D. Cupples
Williams Cupples & Chapman, LLP
1331 Gemini, Suite 201
Houston, TX  77058
*Attorneys for Aggregate Technologies, Inc.*

Steven A. Leyh
Leyh & Payne, LLP
1616 S. Voss Road, Suite 125
Houston, Texas 77057
*Attorneys for Apache Oil Co., Inc. and Bell Bottom Foundation Co.*

John Mayer
Ross, Banks, May, Cron & Cavin, PC
2 Riverway, Suite 700
Houston, TX 77056-1918
*Attorneys for Caterpillar Financial Services Corporation*

1

Leslie Garcia Ashby
Ashby Crinion LLP
909 Fannin, Suite 1450
Houston, TX 77010
*Attorneys for Centerpoint Energy Houston Electric, LLC*

Andrew P. McCormick
McCormick & McNeel, LLP
3401 Louisiana, Suite 280
Houston, TX 77002
*Attorneys for Chube's Equipment Company, Inc., and Veazey Enterprises, Inc.*

Billy G. Leonard, Jr.
Strasburger & Price, LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
*Attorney for Colonial American Casualty and Surety Company*

R. Christopher Naylor
Devlin, Naylor & Turbyfill, PLLC
4801 Woodway, Suite 420 West
Houston, TX 77056-1805
*Attorneys for Ford Motor Credit Company*

John P. Dillman
Linebarger, Goggan, Blair...
PO Box 3064
Houston, TX 77253-3064
*Attorneys for Taxing Authorities*

David N. Ziegler
770 South Post Oak Lane, Ste. 320
Houston, TX 77056
*Attorneys for Gainsborough Corp. a Texas Corporation and Texas Outhouse, Inc.*

John Wesley Raley
Marcos A. Adrogue
Cooper & Scully, PC
700 Louisiana, Suite 3850
Houston, TX 77002
*Attorneys for Cherry Crushed Concrete*

David S. Elder
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
*Attorney for City of West University Place*

Beth Edler
Edler & Van Kerrebrook
440 Louisiana, Suite 1125
Houston, TX 77002
*Attorneys for Contractor's Source, Inc.*

Kevin P. Walters
Seth A. Nichamoff
Georgantas & Walters, LLP
815 Walker Street, Suite 953
Houston, TX 77002
*Attorneys for GE Capital Corp.*

Linda Thomas
Billings & Solomon PLLC
2777 Allen Parkway, Suite 460
Houston, TX 77019
*Attorneys for Hertz Equipment Rental Corp.*

Jacky B. Franklin
1136 North Kirkwood Road
Houston, TX 77043
*Attorneys for Gainsborough Corp. a Texas Corporation and Texas Outhouse, Inc.*

| | |
|---|---|
| Terry Salazar<br>John Paul Stanford<br>Quilling Selander et al<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3005<br>*Attorneys for Hirschfeld Steel Co., Inc.* | Christopher D. Johnson<br>Diamond McCarthy Taylor Finley Bryant<br>  & Lee, LLP<br>909 Fannin, Suite 1500<br>Houston, TX 77010<br>*Attorneys for Action Mobile Industries* |
| Robin L. Sowell<br>Levin & Atwood LLP<br>20501 Katy Freeway, Suite 217<br>Katy, TX 77450<br>*Attorneys for Sun Belt International Corp.* | Heather A. Klink, Esquire<br>Jason W. Hardman, Esquire<br>DLA Piper Rudnick Gary Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>*Attorneys for Action Mobile Industries* |
| Allison J. Snyder, William B. Westcott, and<br>Thomas A. Woolley, III<br>Porter & Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>*Attorneys for H & I Boring and Tunneling, Inc., d/b/a American Trenchless Technologies, L.P. and Work Zone Technologies* | Robin M. Ziek<br>Law Office of Robin M. Ziek<br>3401 Allen Parkway, Suite 100<br>Houston, TX 77019<br>*Attorneys for HLS Enterprises of Texas, Inc.* |
| David W. Waddell<br>Christina M. Putman<br>Seyfarth Shaw LLP<br>700 Louisiana, Suite 3700<br>Houston, TX 77002<br>*Attorneys for Holes Incorporated* | Glenn W. Patterson, Jr., Peter Johnson<br>11 Greenway Plaza, Suite 2820<br>Houston, TX 77046<br>*Attorneys for Ben and Maria P. Kaminski* |
| Catherine Tucker, Shelly Mickey<br>Mack Commercial Finance<br>7025 Albert Pick Rd., Suite 105 (27409)<br>P.O. Box 26131<br>Greensboro, NC 27402-6131<br>*Attorney for Mack Commercial Finance* | Don F. Russell<br>Don F. Russell, PC<br>4635 Southwest Freeway, Suite 610<br>Houston, TX 77027<br>*Attorney for Mack Commercial Finance* |

Eric Terry / W. Abigail Ottmers
Haynes and Boone, LLP
112 East Pecan Street, Suite 1600
San Antonio, TX 78205
*Attorney for Martin Marietta Materials Southwest, Ltd.*

Misty A. Segura
Stumpf Craddock Massey & Farrimond, PC
1400 Post Oak Blvd., Suite 400
Houston, TX 77056
*Attorneys for Mustang Machinery Co, Ltd. d/b/a Mustang CAT f/k/a Mustang Tractor & Equipment Company, and Mustang Rental Services, Inc.*

Stephen A. McCartin
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75021
*Attorneys for Northwest Pipe Company*

Eric R. Benton
Paul J. Goldberg
Lorance & Thompson
2900 North Loop West, Suite 500
Houston, TX 77092
*Attorneys for Aviles Engineering Corporation*

Ernest G. Fielder
Glast, Phillips & Murray, PC
815 Walker, Suite 1250
Houston, TX 77002
*Attorneys for RB Everett & Co.*

Charles S. Kelley
Harry P. Weitzel
Mayer, Brown, Rowe & May
700 Louisiana, Suite 3600
Houston, TX 77002
*Attorneys for Metropolitan Transit Authority of Harris County*

Keavin D. McDonald
Wilshire Scott & Dyer, PC
1221 McKinney, Suite 3000
Houston, TX 77010
*Attorneys for National Trench Safety L.L.C. d/b/a Mikedon*

Patrick D. Devine
Law Office of Patrick D. Devine, PC
2000 Bering Drive, Suite 380
Houston, TX 77057
*Attorneys for Oldcastle Precast, Inc.*

William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019
*Attorneys for Oldcastle Precast, Inc.*

Allison D. Byman
Warren C. Wills
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002
*Attorneys for Ranby, Inc.*

4

Trent L. Rosenthal
9219 Katy Freeway, Suite 145
Houston, TX 77024
*Attorneys for Regions Bank f/k/a Union Planters Bank, N.A.*

George Britton Sr., VP/Manager
Corp. & Private Banking Group - Regions Bank
5005 Woodway, Suite 110
Houston, TX 77056
*For notice purposes only - Regions Bank f/k/a Union Planters Bank, N.A.*

Mitchell Buchman
George, Buchman & Leigh
1200 Smith Street, Suite 690
Houston, TX 77002
*Attorneys for Rush Equipment Centers of Texas, and Rush Equipment Center, Inc.*

Brian D. Womac
Denise H. Mitchell
Womac & Associates
820 Gessner, Suite 1540
Houston, TX 77024
*Attorneys for Semark Landscaping Services, Inc.*

Robert Hohenberger
Attorney at Law
2500 Wilcrest, Suite 107
Houston, TX 77042
*Attorneys for Siderconti, S.A., aka Sunbelt Works*

Stacy L. Stair
Attorney At Law
2211 Norfolk, Suite 400
Houston, TX 77098
*Attorneys for USA Environment LP*

Eric D. Wade, James Matthew Vaughn, Thomas A. Wooley, III
Porter & Hedges, LLP
1000 Main, 36th Floor
Houston, TX 77002
*Attorneys for Skyline Steel, LLC*

Michael L. Wilson
Rider & Wilson
2200 Market Street, Suite 802
Galveston, TX 77550
*Attorneys for South Coast Cement LP*

Keith A. Langley
Langley Weinstein Hamel LLP
901 Main Street, Suite 4100
Dallas, TX 75202
*Attorneys for St. Paul Travelers Insurance Company*

M. Robert Garcia
Leonardo R. Esparza
405 Main Street, Suite 300
 Houston, TX 77002
*Attorneys for Tandem Truck Services*

Michael S. Holmes
Cowgill & Holmes PLLC
2211 Norfolk, Suite 1190
Houston, TX 77098
*Attorneys for Three L Inc.*

Donald H. Zwernemann
Law Offices of Donald H. Zwernemann
11500 Northwest Freeway, Suite 120
Houston, TX 77092
*Attorneys for Three L Inc.*

Keith W. McFatridge, Jr., John Schmidt
McFatridge Baker & Deen, PC
2228 Mechanic, Suite 220
Galveston, TX 77550
Attorneys for Traffic Systems Construction

Larry Chek
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
Attorneys for Wells Fargo Equipment Corp.

Seymour Roberts, Esquire
Lynn Chuang Kramer, Esquire
Munsch Hardt Kopf & Harr, PC
700 Louisiana, 46th Floor
Houston, TX 77002
Attorneys for Dabico, Inc.

James J. Hansen
Page Murphee Byerly & Hansen PLLC
Two Riverway, Suite 1700
Houston, TX 77056
Attorneys for Traffic Maintenance & Construction, Inc.

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
Attorneys for Texas Workforce Commission

Alan S. Gerger
Dunn, Neal, & Gerger, LLP
3050 Post Oak Blvd., Suite 400
Houston, TX 77056
Attorneys for Michael B. Huff

Thomas S. Harmon
7800 IH 10 W, Suite 600
San Antonio, TX 78232
Attorneys for Vulcan Materials Co., LP

Tony Davis
Mary Gregory
Baker Botts, L.L.P.
910 Louisiana
Houston, TX 77002
Attorneys for Batterson, L.L.P.

Ashley F. Bartram
Assistant Attorney General
Office of the Attorney General
Bankruptcy & Collections Division
PO Box 12548  MC-008
Austin, TX 78711-2548
Attorneys for Texas Commission on Environmental Quality

Dennis A. McQueen
Pagel Davis & Hill, P.C.
1415 Louisiana, 22nd Floor
Houston, TX 77002
Attorneys for J.A. Gamez Trucking

Ian M. Cain
Attorney at Law
440 Louisiana, Suite 530
Houston, TX 77002-1653
Attorney for Cirpiano Varela d/b/a Gube Trucking

Bobbie G. Bayless
Bayless & Stokes
2931 Ferndale
Houston, TX 77098
Attorneys for Double A Steel Supply

6

Aaron Keiter
The Keiter Law Firm, P.C.
4545 Mt. Vernon
Houston, Texas 77006
*Attorneys for Texas Fluid Power Products, Inc.*

Seymour Roberts, Jr.
Lynn Kramer
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659
*Attorneys for EFCO Corp.*

**Twenty Largest Unsecured Creditors (as designated in the Chapter 11 at Docket No. 32)**

American Express
2965 W. Corporate Blvd.
Weston, FL 33331-3626

Cemex Construction Materials LP
411 N Sam Houston Pkwy E Suite 550
Houston TX 77060

South Coast Cement, LP
PO Box 16225
Galveston TX 77552-6225

Skyline Steel LLC
PO Box 8500-9055
Philadelphia PA 19178-9055

Northwest Pipe Company
MS51
PO Box 4100
Portland OR 97208

Conroe Pipe, Inc.
3009 N. Laurel Ave.
Rialto, CA 92377-3725

Tricon Precast, LTD
15055 Henry Road
Houston TX 77060

Texas Concrete Company
PO Drawer 1070
Victoria TX 77902-1070

Hanson Pipe & Products
PO Box 120001
Dallas TX 75312-0776

USA Environmental
PO Box 4897-C
Houston, TX 77210

Traffic Systems Construction
PO Box 1346
Dickinson TX 77539

Martin Marietta Material
11467 Huebner, Ste 300
PO Box 848241
Dallas TX 75284-8241

Summit Global Partners
Three Riverway Suite 1000
Houston TX 77056-1986

Shepler's
9103 Almeda Road
Houston TX 77054

Indus Enterprise
6060 Brookglen Dr., Suite A
Houston, TX 77017-5098

Vulcan Construction Materials
PO Box 849131
Dallas TX 75284-9131

| | |
|---|---|
| Hirschfeld Steel Co. Inc.<br>112 W 29th St.<br>San Angelo, TX 76903 | Batterson, LLP<br>955 Judiway<br>Houston TX 77018 |
| Gube Trucking<br>15530 Martineau Street<br>Houston, TX 77032 | Bell Bottom Foundation Co<br>PO Box 610<br>Pearland TX 77588-0610 |
| | Department of Treasury - IRS<br>Internal Revenue Service<br>1919 Smith Street<br>Stop 5024 HOU<br>Houston TX 77002 |